Case: 13-80055      03/11/2013         ID: 8544881      DktEntry: 1-1     Page: 1 of 1



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

March 11, 2013

| | |
|---|---|
| No.: | 13-80055 |
| D.C. No.: | 5:07-cv-03783-JF |
| Short Title: | Stephanie Lenz v. Universal Music Corp., et al |

Dear Appellant/Counsel

This is to acknowledge receipt of your Petition for Permission to Appeal under 1292(b).

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.