FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHANIE LENZ,<br><br>   Plaintiff - Respondent,<br><br> v.<br><br>UNIVERSAL MUSIC CORP.; et al.,<br><br>   Defendants - Petitioners. | No. 13-80055<br><br>D.C. No. 5:07-cv-03783-JF<br>Northern District of California,<br>San Jose |
| STEPHANIE LENZ,<br><br>   Plaintiff - Petitioner,<br><br> v.<br><br>UNIVERSAL MUSIC PUBLISHING INC.; et al.,<br><br>   Defendants - Respondents. | No. 13-80056<br><br>D.C. No. 5:07-cv-03783-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: W. FLETCHER and CALLAHAN, Circuit Judges.

 The petitions for permission to appeal pursuant to 28 U.S.C. § 1292(b) are granted in Nos. 13-80055 and 13-80056.

SLJ/MOATT

Within 14 days after the date of this order, petitioners in each petition shall perfect each appeal in accordance with Federal Rule of Appellate Procedure 5(d).

The Clerk shall set a cross-appeal briefing schedule for the newly opened appeals.

SLJ/MOATT